

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN - 4 2007

Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CASE NO. L-05-CR-2441 |
| | § | |
| Saul Sanchez Medina | § | |

# ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on December 15, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 22 day of December, 2005.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE